THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Willie Lewis Johnson, Appellant.
 
 
 

Appeal From York County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2005-UP-448
Submitted July 1, 2005  Filed July 15, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of
Appellate Defense, of 

Columbia

, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott , Office of the Attorney General, all of Columbia; and Solicitor Thomas E. Pope,  of York, for Respondent.
 
 
 

PER CURIAM:  Willie Johnson appeals a conviction pursuant to a guilty plea of three counts of second-degree burglary, grand larceny, and malicious injury to personal property.  The trial court sentenced Johnson to a total of ten years imprisonment on all charges.  Johnson filed a pro se brief.  Johnsons counsel filed a petition to be relieved as counsel.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.  
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.